IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSELYN ERAZO,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>ANDREW M. SAUL, Commissioner of the Social Security Administration,[1]<br><br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 19-5149 |

## ORDER

**AND NOW**, this 5th day of October 2020, upon careful consideration of Plaintiff Joselyn Erazo's Motion for Summary Judgment and brief in support thereof (ECF No. 13), Social Security Commissioner Andrew M. Saul's Response (ECF No. 14), Erazo's Reply (ECF No. 16), the Administrative Record (ECF No. 12) and the Report and Recommendation filed by United States Magistrate Thomas J. Reuter, (ECF No. 17), and it appearing that neither Plaintiff nor the Commissioner have objected to the report,[2] it is **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**[3];

---

[1]　Andrew M. Saul became the Commissioner of the Social Security Administration on June 17, 2019.  He is substituted as the Defendant in this action pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

[2]　The Report and Recommendation was sent to all parties of record on June 17, 2020, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice.  *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof.").  As of today's date, however, no objections have been filed.

[3]　When no objection is made to a Report and Recommendation, the Court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed. R. Civ. P. 72(b) advisory committee notes; *see also Oldrati v. Apfel*, 33 F.

2. Plaintiff's request for review is **DENIED**;

3. the Commissioner of the Social Security Administration's decision is **AFFIRMED**; and

4. the Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

Supp. 2d 397, 399 (E.D. Pa. 1998).  No clear error appears on the face of the record and the Court accordingly accepts Judge Reuter's Recommendation.